JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE MANUEL ABADIN PEREZ,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Case No. EDCV 26-4779 PVC

**JUDGMENT**

Pursuant to the Memorandum Decision and Order Granting Petition and Immediate Release,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED and Judgment is entered in favor of Petitioner.

IT IS FURTHER ORDERED THAT:

(1) Respondent is ordered to immediately release Petitioner **Jose Manuel Abadin Perez (A-number 024459628)** under reasonable conditions of supervision;

(2) Respondent is permanently enjoined from re-detaining Petitioner without first providing him constitutionally adequate process and establishing a lawful basis for renewed detention consistent with the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001);

(3) The Court finds that the August 24, 2026 Notice of Removal, standing alone, does not provide Petitioner constitutionally adequate process for removal to Mexico because it does not inform him of the legal basis for the designation, the timing of the proposed removal, or the procedures through which he may seek withholding or CAT protections as to Mexico;

(4) Respondent is permanently enjoined from removing Petitioner to Mexico or another third country not identified in the operative exclusion and deportation order, unless and until Respondent provides constitutionally adequate notice and a meaningful opportunity to consult counsel and pursue any applicable withholding, CAT, reopening, or other country specific protection before removal;

(5) Respondent shall file within two days of the date of the Court's Judgment, a status report confirming Petitioner's release; and

(6) Any fee motion must be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412, and this Court's Local Rules; the Court retains jurisdiction to adjudicate any such motion or other collateral enforcement issues.

Dated: October 16, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE